# United States District Court for the Northern District of Ohio

United States of America,

**Plaintiff,**

vs.

CASE NO. 1:18-cr-00351

Judge Benita Y. Pearson

Marshyia S. Ligon,

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Marshyia S. Ligon,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the final judgment (R. 33)
(the final judgment) (from an order (describing it))

entered in this action on the 4th day of December, 2018.

(s) / Christian J. Grostic (0084734)

Address: 1660 W.2nd Street, Ste. 750
Cleveland, OH 44113

Phone #: 216-522-4856

Attorney for Marshyia S. Ligon

6CA-3