# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 18-4234

Filed: October 03, 2019

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:18cr351 - BYP

v.

MARSHYIA S. LIGON

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 09/11/2019 the mandate for this case hereby issues today. Vacated and Remanded

COSTS: None